## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

PRAXAIR, INC,
a Wisconsin corporation,

      Plaintiff,

  vs.                                               Case No. 05-C-545

CUSTOM METAL PRODUCTS LLC,
a Wisconsin limited liability company,

      Defendant.

## ORDER FOR DISMISSAL

Upon reading and filing the Stipulation of Settlement,

**IT IS ORDERED** that the above-entitled matter is dismissed with prejudice unless the defendant defaults on any of the stipulation's terms and conditions, whereby plaintiff may reopen the action in accordance with the stipulation's terms and conditions take judgment in accordance with the demand of the complaint less credit for any payments made.

Dated: June 20, 2005.

                                          BY THE COURT:

                                          s/ Rudolph T. Randa

                                          _____
                                          HON. RUDOLPH T. RANDA
                                          Chief Judge